CODELL CONSTRUCTION COMPANY,
Appellant,

v.

H. B. COLVIN et al., Appellees.

Court of Appeals of Kentucky.

Oct. 21, 1960.

Rehearing Denied Dec. 16, 1960.

G. B. Johnson, Jr., Dysard, Dysard & Johnson, Ashland, for appellant.

W. L. Steele, Ashland, Frank K. Warnock, Greenup, for appellees.

PER CURIAM.

Codell Construction Company has moved for an appeal from a judgment for damages in the sum of $1,500 in favor of H. B. Colvin, et al. The record has been examined and the briefs have been considered. No error has been found.

The motion for an appeal is overruled and the judgment stands affirmed.